**EXHIBIT D**

Tuesday, May 9, 2023 at 12:52:14 Eastern Daylight Time

**Subject:** IMPORTANT | Partner Residuals Update
**Date:** Monday, May 8, 2023 at 3:00:44 PM Eastern Daylight Time
**From:** CardConnect
**To:** Kent Flannery

# cardconnect

# Agent Partner Notice

## Incorrect Calculation of Gross Processing Revenue (GPR)
## Collection of Overpaid Residuals Effective with April Residuals

As noted in a message sent to you in December 2022, **CardConnect has identified an incorrect calculation of Gross Processing Revenue (GPR) that resulted in an overpayment of residual payments from January of 2018 to December 2022** to certain partners originating with Ignite Payments, including you.

*CardConnect will begin collecting these overpaid residuals effective with April Residuals paid in May 2023.

The incorrect calculation was related to expenses billed to CardConnect from the card brand networks that were not passed through to you. This was the result of:

- Certain network assessment rate increases were not implemented, resulting in under billing
- Not fully passing through all association fees
- Network association fees collected from merchants were included in the calculation of GPR income while the offsetting payment to the networks were excluded

*If total amount due is not collected in time period specified we reserve the right extend the collection time frame.*

## Impact Reporting

**EXHIBIT D**

CardConnect has prepared reporting that details the impact of these overpayments to your residuals, dating back to January 2018. This reporting will be available to you in CoPilot under the ticket type **Residual Backbill** that will contain MID-level detailed reporting and timelines associated with the collection of overpaid residuals.

Additionally, please note that:

- CardConnect will not retroactively change GPR payout percentages as a result of these findings; this will be a net benefit to Agents
- Eligible merchants will be backbilled for network association fees that were underbilled; the income of this action will be deducted from the back bill collection

We understand that the collection of these overpaid residuals could impact your business, and we are committed to helping you minimize disruptions please work with **Cameron Donovan** for any questions as we work through this process.

**Please direct all questions to Cameron Donovan:**
**cameron.donovan@Fiserv.com:**

 

CardConnect, 1000 Continental Drive, Suite 300, King of Prussia, PA 19406

© 2023 CardConnect., The CardConnect name and logo is a registered trademark owned by CardConnect, LLC.

This is an unmonitored email box. Please do not reply to this email.

Unsubscribe from future mailings from

View in Browser