# EXHIBIT A

| Date | Customer | Invoice | Account | Customer | | Qty | Rate | Amount | Balance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 May | KMF Services LLC dba D... | HOUSE-1033670 | 9999991033670 | KMF Services LLC dba D... | - | 0 | $0.00 | $18,427.97 | -$18,427.97 | -$18,427.97 | $0.00 | -$18,427.97 | $0.00 | -$18,427.97 |