# Exhibit 1



# State of California
## Secretary of State

**FILED**
Secretary of State
State of California

**JAN 0 8 2013**

## LIMITED LIABILITY COMPANY
## CERTIFICATE OF AMENDMENT

A $30.00 filing fee must accompany this form.

IMPORTANT – Read Instructions before completing this form.

This Space For Filing Use Only

| 1. | SECRETARY OF STATE FILE NUMBER | 2. | NAME OF LIMITED LIABILITY COMPANY |
|---|---|---|---|
| | 201019010247 | | Cardservice International, LLC |

**3.** COMPLETE ONLY THE SECTIONS WHERE INFORMATION IS BEING CHANGED. ADDITIONAL PAGES MAY BE ATTACHED IF NECESSARY.

**A.** LIMITED LIABILITY COMPANY NAME (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD  LIABILITY CO " OR THE ABBREVIATIONS "LLC" OR "L L C ")

Ignite Payments, LLC

**B.** THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY (CHECK ONE):

☐ ONE MANAGER
☐ MORE THAN ONE MANAGER
☐ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**C.** AMENDMENT TO TEXT OF THE ARTICLES OF ORGANIZATION:

**D.** OTHER MATTERS TO BE INCLUDED IN THIS CERTIFICATE MAY BE SET FORTH ON SEPARATE ATTACHED PAGES AND ARE MADE A PART OF THIS CERTIFICATE.  OTHER MATTERS MAY INCLUDE A CHANGE IN THE LATEST DATE ON WHICH THE LIMITED LIABILITY COMPANY IS TO DISSOLVE OR ANY CHANGE IN THE EVENTS THAT WILL CAUSE THE DISSOLUTION.

| 4. | FUTURE EFFECTIVE DATE, IF ANY: | | | |
|---|---|---|---|---|
| | | **MONTH** | **DAY** | **YEAR** |
| 5. | NUMBER OF PAGES ATTACHED, IF ANY: | | | |

**6.** IT IS HEREBY DECLARED THAT I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SIGNATURE OF AUTHORIZED PERSON

January 8,2013
DATE

FDS Holdings, Inc , the sole member, by Stanley J  Andersen, V P
TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

**7.** RETURN TO:

NAME
FIRM
ADDRESS
CITY/STATE
ZIP CODE

SEC/STATE FORM LLC-2 (REV 01/2013) – FILING FEE $30.00

APPROVED BY SECRETARY OF STATE