# Exhibit 2



# State of California
## Secretary of State

OBE MERG

## Certificate of Merger

(California Corporations Code sections
1113(g), 3203(g), 6019.1, 8019.1, 9640, 12540.1, 15911.14, 16915(b) and 17710.14)

FILED JHP
Secretary of State
State of California

DEC 14 2018

EFFECTIVE DATE

12-31-18

ICC   This Space For Filing Use Only

**IMPORTANT — Read all instructions before completing this form.**

| | | | |
|---|---|---|---|
| 1. NAME OF SURVIVING ENTITY<br>CardConnect, LLC | 2. TYPE OF ENTITY<br>limited liability company | 3. CA SECRETARY OF STATE FILE NUMBER | 4. JURISDICTION<br>Delaware |
| 5. NAME OF DISAPPEARING ENTITY<br>Ignite Payments, LLC | 6. TYPE OF ENTITY<br>limited liability company | 7. CA SECRETARY OF STATE FILE NUMBER<br>201019010247 | 8. JURISDICTION<br>California |

9. THE PRINCIPAL TERMS OF THE AGREEMENT OF MERGER WERE APPROVED BY A VOTE OF THE NUMBER OF INTERESTS OR SHARES OF EACH CLASS THAT EQUALED OR EXCEEDED THE VOTE REQUIRED. (IF A VOTE WAS REQUIRED, SPECIFY THE CLASS AND THE NUMBER OF OUTSTANDING INTERESTS OF EACH CLASS ENTITLED TO VOTE ON THE MERGER AND THE PERCENTAGE VOTE REQUIRED OF EACH CLASS. ATTACH ADDITIONAL PAGES, IF NEEDED.)

| SURVIVING ENTITY | | | DISAPPEARING ENTITY | | |
|---|---|---|---|---|---|
| CLASS AND NUMBER | AND | PERCENTAGE VOTE REQUIRED | CLASS AND NUMBER | AND | PERCENTAGE VOTE REQUIRED |
| Membership units<br>100 | | 100% | Membership units<br>100 | | 100% |

10. IF EQUITY SECURITIES OF A PARENT PARTY ARE TO BE ISSUED IN THE MERGER, CHECK THE APPLICABLE STATEMENT.

☐ No vote of the shareholders of the parent party was required.    ☐ The required vote of the shareholders of the parent party was obtained.

11. IF THE SURVIVING ENTITY IS A DOMESTIC LIMITED LIABLITY COMPANY, LIMITED PARTNERSHIP, OR PARTNERSHIP, PROVIDE THE REQUISITE CHANGES (IF ANY) TO THE INFORMATION SET FORTH IN THE SURVIVING ENTITY'S ARTICLES OF ORGANIZATION, CERTIFICATE OF LIMITED PARTNERSHIP OR STATEMENT OF PARTNERSHIP AUTHORITY RESULTING FROM THE MERGER. ATTACH ADDITIONAL PAGES, IF NECESSARY.

12. IF A DISAPPEARING ENTITY IS A DOMESTIC LIMITED LIABLITY COMPANY, LIMITED PARTNERSHIP, OR PARTNERSHIP, AND THE SURVIVING ENTITY IS NOT A DOMESTIC ENTITY OF THE SAME TYPE, ENTER THE PRINCIPAL ADDRESS OF THE SURVIVING ENTITY.

| PRINCIPAL ADDRESS OF SURVIVING ENTITY | CITY AND STATE | ZIP CODE |
|---|---|---|
| 5565 Glenridge Connector NE, Suite 2000 | Atlanta, GA | 30342 |

13. OTHER INFORMATION REQUIRED TO BE STATED IN THE CERTIFICATE OF MERGER BY THE LAWS UNDER WHICH EACH CONSTITUENT OTHER BUSINESS ENTITY IS ORGANIZED. ATTACH ADDITIONAL PAGES, IF NECESSARY.

Merger agreement is on file at 6855 Pacific Street, Omaha NE and a copy will be furnished on request without cost to any member of the surviving entity.

14. STATUTORY OR OTHER BASIS UNDER WHICH A FOREIGN OTHER BUSINESS ENTITY IS AUTHORIZED TO EFFECT THE MERGER.

Section 18-209 of the Delaware Limited Liability Company Act

15. FUTURE EFFECTIVE DATE, IF ANY
   12 - 31 - 2018
   (Month) (Day) (Year)

16. ADDITIONAL INFORMATION SET FORTH ON ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE PART OF THIS CERTIFICATE.

17. I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT OF MY OWN KNOWLEDGE. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

| | | |
|---|---|---|
| _[signature]_   12/14/18 | Gretchen Herron, VP of FDS Holdings, Inc., | |
| SIGNATURE OF AUTHORIZED PERSON FOR THE SURVIVING ENTITY   DATE | TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON<br>sole member of surviving entity | |
| SIGNATURE OF AUTHORIZED PERSON FOR THE SURVIVING ENTITY   DATE | TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON | |
| _[signature]_   12/14/18 | Gretchen Herron, VP of FDS Holdings, Inc., | |
| SIGNATURE OF AUTHORIZED PERSON FOR THE DISAPPEARING ENTITY   DATE | TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON<br>sole member of disappearing entity | |
| SIGNATURE OF AUTHORIZED PERSON FOR THE DISAPPEARING ENTITY   DATE | TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON | |

For an entity that is a business trust, real estate investment trust or an unincorporated association, set forth the provision of law or other basis for the authority of the person signing: _____

OBE MERGER-1 (REV 01/2016)                                       APPROVED BY SECRETARY OF STATE

In connection with the merger of Ignite Payments, LLC into CardConnect, LLC, the following agreement is made pursuant to California Corporations Code Section 17710.17(f):

- CardConnect, LLC agrees that it may be served in the State of California in a proceeding for the enforcement of an obligation of Ignite Payments, LLC and in a proceeding to enforce the rights of any holder of a dissenting interest in Ignite Payments, LLC;

- CardConnect, LLC irrevocably appointments of the California Secretary of State as its agent for service of process, and such process shall be forwarded to:

    CardConnect, LLC
    6855 Pacific Street
    Omaha, NE 68106
    Attention: Legal Department

- CardConnect, LLC agrees that it will promptly pay the holder of any dissenting interest in Ignite Payments, LLC the amount to which that person is entitled under California law.